UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14067-CR-MARTINEZ/MAYNARD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**DANIEL ANTHONY SMITH,**

    Defendant.

_____/

**REPORT AND RECOMMENDATION ON THE PETITION FOR**
**WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION (DE 99)**

**THIS CAUSE** came before me for a detention hearing on June 2, 2023. At that time, the Defendant represented – through counsel – that he did not wish to contest the violations alleged in the Petition for Warrant or Summons for Offender under Supervision (the "Petition") (DE 99). I therefore recommend as follows:

    1.    After serving thirteen years' imprisonment for attempted distribution and receipt of child pornography, Defendant was released from prison on May 15, 2023. The Petition alleges nine violations of supervised release. In sum, the violations relate to Defendant's failure to report in person to the Sheriff's Office and to the Department of Highway Safety and Motor Vehicles within 48 hours of his release (Violation Numbers 1 and 2); unauthorized possession of a cellphone and failure to report an active cellular number (Violation Numbers 3, 5, 6, 7, and 8); unauthorized possession of a laptop computer (Violation Number 9); and failure to reside at a particular location as directed (Violation Number 4).

2. The Government proffered the facts alleged in the Petition and in the Memorandum from United States Probation Officer Robert Tango dated May 22, 2023.

3. The Defendant did not seek to cross-examine any witnesses. Defendant also did not present any witnesses or evidence. I advised the Defendant of his rights in this regard, and Defendant agreed that he did not wish to cross-examine witnesses or present any witnesses or evidence.

4. I have considered the Government's evidence, which was admitted without objection or cross-examination, and find that it establishes by a preponderance of the evidence that the Defendant committed Violation Numbers 1 through 9.

5. The possible maximum penalties faced by the Defendant were read into the record, and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, I recommend to the District Court that the Defendant be found to have violated his supervised release with respect to Violation Numbers 1 through 9, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 13th day of June, 2023.

                                                                                            _____
                                                                                            SHANIEK MILLS MAYNARD
                                                                                            UNITED STATES MAGISTRATE JUDGE