UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 10-CR-14067-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

v.

DANIEL ANTHONY SMITH,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON THE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision **[ECF No. 99]**, which was assigned to the Fort Pierce Duty Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on June 2, 2023 **[ECF No. 109]**. A Report and Recommendation was filed on June 13, 2023, recommending that the Defendant's admittance to Violation Numbers 1, 2, 3, 4, 5, 6, 7, 8, and 9 be accepted, and that a Final Revocation of Supervised Release Hearing be held to determine his new sentence **[ECF No. 110]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 110]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty as to Violation Numbers 1, 2, 3, 4, 5, 6, 7, 8, and 9 of the

Petition for Warrant or Summons for Offender Under Supervision **[ECF No. 99]**.

In summation, these violations charge the Defendant with failure to report in person to the Sheriff's Office and to the Department of Highway Safety and Motor Vehicles within 48 hours of his release (Violation Numbers 1 and 2); failure to reside at a particular location as directed (Violation Number 4); unauthorized possession of a cellphone and failure to report an active cellular number (Violation Numbers 3, 5, 6, 7, and 8); and unauthorized possession of a laptop computer (Violation Number 9). The Defendant acknowledged that he understood the penalties that apply in his case.

A Final Revocation of Supervised Release Hearing has been set in this matter for **Thursday, July 13, 2023, at 12:00 p.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 27 day of June, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Shaniek Mills Maynard
      All Counsel of Record
      U.S. Probation Office