UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 10-CR-14067-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

v.

DANIEL ANTHONY SMITH,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 2, 4, 5, 6, 9, 11, 12, AND 13

**THIS CAUSE** came before the Court upon the Superseding Petition for Offender Under Supervision ("Superseding Petition") filed by the United States Probation Office **[ECF No. 122]** on November 27, 2023.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on January 22, 2024 **[ECF No. 136]**. A Report and Recommendation was filed on January 23, 2024, recommending that the Defendant's admission of guilt as to Violations 2, 4, 5, 6, 9, 11, 12, and 13 of the Superseding Petition be accepted **[ECF No. 137]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 137]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Violations 2, 4, 5, 6, 9, 11, 12, and 13 of the Superseding Petition. Violation 2 charges Defendant with failing to comply with sex offender registration law by knowingly providing false registration information by act or omission on his sex offender registration, in violation of Florida Statute 943.0435(2)(b) and 943.0435(14)(c)4, on or about September 25, 2023. Violation 4 charges Defendant with failing to refrain from possessing or using any device capable of accessing the Internet without prior written approval of the Court by being in possession of a TCL cellular telephone that had the capability of accessing

the Internet, on or about September 25, 2023. Violation 5 charges Defendant with failing to comply with sex offender registration law by failing to report an active cellular telephone number on his sex offender registration, in violation of Florida Statute 943.0435(4)(e)2, on or about September 26, 2023. Violation 6 charges Defendant with failing to comply with sex offender registration law by failing to report an e-mail address on his sex offender registration, in violation of Florida Statute 943.0435(4)(e)1, on or about September 26, 2023. Violation 9 charges Defendant with failing to comply with sex offender registration law by failing to report multiple Internet identifiers within 48 hours after use, in violation of Florida Statute 943.0435(4)(e)1, on or about November 17, 2023. Violation 11 charges Defendant with failing to refrain from possessing or using any device capable of accessing the Internet without prior written approval of the Court by being in possession of a Samsung cellular device, with associated phone number 772-475-0243, that had the capability of accessing the Internet, on or about November 17, 2023. Violation 12 charges Defendant with failing to participate in the Location Monitoring Program via the use of Global Positioning System (GPS) monitoring, since at approximately 7:19 a.m. on November 24, 2023, the defendant removed the GPS monitoring device from his leg and left his approved residence without approval. Violation 13 charges Defendant with failing to notify the probation officer at least ten days prior to any change in residence, since on or about November 24, 2023, the defendant moved from his approved residence and failed to notify the probation officer as required. Therefore, Defendant has been found to violate several conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Thursday, February 29, 2024, at 11:30 a.m.**, before the Honorable District Judge Jose E. Martinez at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 8 day of February, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Shaniek Mills Maynard
      All Counsel of Record
      U.S. Probation Office