UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 10-CR-14067-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

v.

DANIEL ANTHONY SMITH,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON PETITION FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("the Petition") filed by the United States Probation Office **[ECF No. 142]** on May 2, 2025.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on June 6, 2025 **[ECF No. 155]**. A Report and Recommendation was filed on June 9, 2025, recommending that the Defendant's admission of guilt as to Violations 1, 2, 3, 4, 5, 6, and 8 of the Petition be accepted **[ECF No. 158]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 158]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety. The Defendant is adjudged guilty of Violations 1, 2, 3, 4, 5, 6, and 8 of the Petition.

Violation 1 charges Defendant with Making False Statements, contrary to 18 U.S.C. § 1001, by intentionally failing to report an active telephone number and e-mail address on his written monthly supervision report for the month of April 2025.

Violation 2 charges Defendant with Failing to Submit a Truthful and Complete Written Report for the Month of April 2025, due to the charges in Violation 1.

Violation 3 charges Defendant with Failing to Refrain from Violation of the Law on or about April 30, 2025, and May 1, 2025, in Saint Lucie County, Florida, when the defendant committed the offense of failure to comply with sex offender registration law by knowingly providing false registration information by act or omission on his sex offender registration, contrary to Florida Statute 943.0435(2)(b) and 943.0435(14)(c)4.

Violation 4 charges Defendant with Failing to Comply with the Requirements of the Sex Offender Registration and Notification Act on or about April 30, 2025, and May 1, 2025, when the defendant failed to report an active telephone number, e-mail address, and multiple internet identifiers.

Violation 5 charges Defendant with Failing to Refrain from Violation of the Law on or about May 1, 2025, in Saint Lucie County, Florida, when the defendant committed the offense of failure to comply with sex offender registration law by failing to report an active cellular telephone number on his sex offender registration, contrary to Florida Statute 943.0435(4)(e)2.

Violation 6 charges Defendant with Failing to Refrain from Violation of the Law on or about May 1, 2025, in Saint Lucie County, Florida, when the defendant committed the offense of failure to comply with sex offender registration law by failing to report an e-mail address and multiple internet identifiers on his sex offender registration, contrary to Florida Statute 943.0435(4)(e)1.

Violation 8 charges Defendant with Failing to Refrain from Possessing or Using Any Device Capable of Accessing the Internet Without Prior Written Approval of the Court on or about May 1, 2025, when the defendant was found to be in possession of a Samsung Galaxy S25 Ultra smartphone with the associated phone number (772) 667-0786, which had the capability of accessing the internet, without approval of the Court.

Therefore, Defendant has been found to violate several conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Monday, August 25, 2025, at 1:30 p.m.**, before the Honorable District Judge Jose E. Martinez at the Alto Lee Adams Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 26 day of June, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office